TODD A. ROBERTS (SBN 129722)
DEAN A. PAPPAS (SBN 115140)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@ropers.com

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO. C07-01251 SC<br><br>**JOINT STIPULATION TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF RELATED TO STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE MANAGEMENT DEADLINES** |

Defendant LIBERTY SURPLUS INSURANCE CORPORATION and Plaintiff APPLIED UNDERWRITERS, INC., will hereby jointly file the instant Stipulation and [PROPOSED] Order with the Court to file Exhibits "A" and "B" under seal in support of the Motion for Administrative Relief related to the stipulation to continue the trial date and all attendant filing deadlines established by the Federal Rules of Civil Procedure:

1. Counsel hereby stipulate that the Declarations of Roberts and Dr. Scott Wachhorst in support of the Joint Stipulation to Continue the Trial Date and Related Case Management Deadlines be filed under seal due to the personal nature of the medical information of counsel contained within said declarations.

RC1/5050847.1/JEL

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL

IT IS SO STIPULATED.

Dated: January 4, 2008          ROPERS, MAJESKI, KOHN & BENTLEY

                                By /s/ _____
                                   TODD A. ROBERTS
                                   JESSHILL E. LOVE
                                   Attorneys for Defendant
                                   LIBERTY SURPLUS INSURANCE
                                   CORPORATION

Dated: January 8, 2008          FARBSTEIN & BLACKMAN

                                By /s/ _____
                                   MICHAEL A. FARBSTEIN, ESQ.
                                   Attorneys for Defendant
                                   APPLIED UNDERWRITERS, INC

## ORDER

IT IS SO ORDERED. That the Declarations of Todd A. Roberts and Michael A. Farstein filed in support of the Joint Stipulation to Continue the Trial and Related Case Management Dates be filed under seal due to the nature of the personal medical information of counsel contained within said declarations.

Dated: 1/14/08

                                By _____
                                   Honorable Judge Samuel Conti
                                   Judge of the United States District Court

*IT IS SO ORDERED — Judge Samuel Conti*