TODD A. ROBERTS (SBN 129722)
DEAN A. PAPPAS (SBN 115140)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: troberts@ropers.com

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | CASE NO. C07-01251 SC <br><br> **JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE MANAGEMENT DEADLINES** |

Defendant LIBERTY SURPLUS INSURANCE CORPORATION and Plaintiff APPLIED UNDERWRITERS, INC., will hereby jointly file the instant Stipulation and [PROPOSED] Order with the Court to continue the trial date and all attendant filing deadlines established by the Federal Rules of Civil Procedure, by three months due to the medical condition of Defendant's lead trial counsel, Todd A Roberts. The Declaration of Todd A. Roberts is attached hereto which outlines the medical condition of Mr. Roberts, the timeframe for anticipated recovery, and need for the requested continuance.

Based on the medical condition of Defendant's lead trial counsel, the parties believe the most expeditious means of handling this litigation would be to continue the trial in this matter

RC1/5023447.1/TC3
- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES
TO U.S. DISTRICT COURT

until the issues raised herein are resolved and, as such, stipulate to the following:

1. The trial date, now scheduled for May 5, 2008, should be continued to September 1, 2008, or any date thereafter at the convenience of the court, as well as all case management related dates, in order to allow sufficient time for the recovery of Defendant's lead trial counsel.

IT IS SO STIPULATED.

Dated: December 21, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

Dated: ~~December~~ Jan 8, 2008

FARBSTEIN & BLACKMAN

By _____
MICHAEL A. FARBSTEIN, ESQ.
Attorneys for Defendant
APPLIED UNDERWRITERS, INC

## ORDER

IT IS SO ORDERED. The trial date of May 5, 2008 is hereby vacated and shall be reset to September 1, 2008, based on the medical condition of Defendant's lead trial counsel, Todd A. Roberts. All case management related dates and deadlines shall be calendared to run from the new trial date of September 2, 2008.

Dated: 1/14/08

By _____
Honorable
Judge of the District Court



IT IS SO ORDERED
Judge Samuel Conti

until the issues raised herein are resolved and, as such, stipulate to the following:

1. The trial date, now scheduled for May 5, 2008, should be continued to September 1, 2008, or any date thereafter at the convenience of the court, as well as all case management related dates, in order to allow sufficient time for the recovery of Defendant's lead trial counsel.

IT IS SO STIPULATED.

Dated: December 21, 2007        ROPERS, MAJESKI, KOHN & BENTLEY

By _____
TODD A. ROBERTS
JESSHILL E. LOVE
Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

Dated: December __, 2007        FARBSTEIN & BLACKMAN

By _____
MICHAEL A. FARBSTEIN, ESQ.
Attorneys for Defendant
APPLIED UNDERWRITERS, INC

### ORDER

IT IS SO ORDERED. The trial date of May 5, 2008 is hereby vacated and shall be reset to September 1, 2008, based on the medical condition of Defendant's lead trial counsel, Todd A. Roberts. All case management related dates and deadlines shall be calendared to run from the new trial date of September 1, 2008.

Dated: _____

By _____
Honorable Samuel Conti
Judge of the Federal Court

RC1/5023447.1/TC3                - 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND RELATED DATES