| | |
|---|---|
| 1 | TODD A. ROBERTS (SBN 129722)<br>ENRIQUE MARINEZ (SBN 160956) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 300 |
| 3 | Redwood City, CA 94063<br>Telephone:  (650) 364-8200 |
| 4 | Facsimile:   (650) 780-1701 |
| 5 | Attorneys for Defendant<br>LIBERTY SURPLUS INSURANCE |
| 6 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., | CASE NO. C07-01251SC |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING TRIAL DATE** |
| v. | |
| LIBERTY SURPLUS INSURANCE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

**TO THE HONORABLE COURT, THE PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that on June 17, 2008, the parties agreed to an out-of-court settlement of the claims and issues presented in this matter. Defendant LIBERTY SURPLUS INSURANCE CORPORATION, through its undersigned counsel, respectfully requests that the court vacate the trial date presently on calendar for September 2, 2008, at 9:30 a.m.

Dated: June 25, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Todd A. Roberts
TODD A. ROBERTS
ENRIQUE MARINEZ
Attorneys for Defendant LIBERTY SURPLUS INSURANCE CORPORATION



IT IS SO ORDERED
Judge Samuel Conti

RC1/5138670.1/RS

NOTICE OF SETTLEMENT AND REQUEST FOR ORDER VACATING TRIAL DATE –
C07-01251SC