TODD A. ROBERTS (SBN 129722)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
Email:          troberts@ropers.com

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO.  C07-01251 SC<br><br>**PLAINTIFF APPLIED UNDERWRITERS, INC. AND DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION STIPULATION TO VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

Plaintiff APPLIED UNDERWRITERS, INC and Defendant LIBERTY INSURANCE SURPLUS INSURANCE CORPORATION do hereby Stipulate to the Voluntary Dismissal of the entire action, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties have reached an out-of-court settlement.

IT IS SO STIPULATED:

Dated: October 1, 20088                                                ROPERS, MAJESKI, KOHN & BENTLEY


                                                                       By:           / s /
                                                                       TODD A. ROBERTS
                                                                       ENRIQUE MARINEZ
                                                                       Attorneys for Defendant
                                                                       LIBERTY SURPLUS INSURANCE CORPORATION

RC1/5163597.1/TN1                              - 1 -                   STIPULATION TO VOLUNTARY DISMISSAL OF ENTIRE ACTION

1 | Dated: October 1, 2008						FARBSTEIN & BLACKMAN

									By: _____/ s /_____
									MICHAEL FARBSTEIN
									Attorneys for Plaintiff
									APPLIED UNDERWRITERS, INC.

### ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED** that the entire action is dismissed with prejudice.

Dated: October __3__, 2008

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

Ropers Majeski Kohn & Bentley — A Professional Corporation — Redwood City